IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Page, Herman

Printed: 1/22/08

Case Number: 04 B 47690
Judge: Squires, John H
Filed: 12/29/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: November 7, 2007
Confirmed: February 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,180.00 |  |
| Secured: |  | 9,598.52 |
| Unsecured: |  | 4,514.94 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,194.00 |
| Trustee Fee: |  | 860.51 |
| Other Funds: |  | 12.03 |
| Totals: | 17,180.00 | 17,180.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,194.00 | 2,194.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | Capital One | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 6,510.66 | 6,510.66 |
| 5. | Mortgage Electronic Registration Sys | Secured | 6,386.88 | 3,087.86 |
| 6. | Capital One | Unsecured | 400.23 | 226.72 |
| 7. | Americredit Financial Ser Inc | Unsecured | 614.63 | 348.19 |
| 8. | Resurgent Capital Services | Unsecured | 3,864.53 | 2,189.22 |
| 9. | Capital One | Unsecured | 214.75 | 121.67 |
| 10. | ECast Settlement Corp | Unsecured | 101.08 | 57.25 |
| 11. | Resurgent Capital Services | Unsecured | 3,615.86 | 448.47 |
| 12. | ECast Settlement Corp | Unsecured | 1,452.29 | 822.74 |
| 13. | ECast Settlement Corp | Unsecured | 129.22 | 61.83 |
| 14. | Resurgent Capital Services | Unsecured | 308.81 | 174.94 |
| 15. | RoundUp Funding LLC | Unsecured | 112.79 | 63.91 |
| 16. | NCO Portfolio Management | Secured |  | No Claim Filed |
| 17. | WM Roofing & Masonry | Unsecured |  | No Claim Filed |
| 18. | NCO Portfolio Management | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 25,905.73 | $ 16,307.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 117.64 |
| 4% | 68.00 |
| 3% | 46.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Page, Herman

Printed:  1/22/08

Case Number:  04 B 47690
Judge:  Squires, John H
Filed:  12/29/04

|   |   |
|---|---:|
| 5.5% | 310.48 |
| 5% | 89.53 |
| 4.8% | 191.74 |
| 5.4% | 36.62 |
|  | _____ |
|  | $ 860.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

